**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 114 WAL 2020

            Respondent       :

                                   :  Petition for Allowance of Appeal
                                   :  from the Order of the Superior Court

            v.                :

                                   :

LARRY ROBERT STIEFEL,            :

             Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.